**From:** Roy Foxall
**To:** Eth, Simon (USAFLM)
**Subject:** Gabriel Santos

Hello:

Here is a narrative of my post sentencing contact with Santos.  Sentencing was July 29, 2019.  I met with him on August 2, 2019, at the Charlotte County Jail.  I discussed an appeal with him and that I had no basis to do so and he agreed.  On August 29, 2019, I received a letter from him about his criminal history to which I responded.  In early December, 2019, I received a letter requesting a bunch of items but was leaving the country and did not respond until January 28, 2020.  His mother was also contacting my office.  I sent you these items.  He never requested an appeal nor did I ever receive the letters attached to his motion.  Thanks.

Roy